**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **SEAN LOWELL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )    **CIVIL ACTION NO. 1:24-00357-JB-N** |
| | ) |
| **ROHR, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

**ORDER**

The Court sets Defendant's Motion for Summary Judgment (Doc. 47) for hearing before

Chief District Judge Jeffrey U. Beaverstock in US Courthouse, Courtroom 4A, 155 St. Joseph

Street, Mobile, AL on **June 24, 2026 at 10:30 a.m. (CST).**

**DONE and ORDERED** this 21st day of May, 2026.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE